IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMP NE'ER TOO LATE, LP, | : | No. 4:14-cv-01715 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| SWEPI, LP, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of May 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 28, is GRANTED.

2. Plaintiff's Motion for Summary Judgment, ECF No. 36, is DENIED.

3. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge